**UNITED STATES of America, Plaintiff—Appellee,**

v.

**William J. LAWRENCE, Defendant—Appellant.**

**No. 06–30579.**

United States Court of Appeals, Ninth Circuit.

Submitted June 5, 2007.*

Filed June 7, 2007.

Joseph H. Harrington, Esq., USSP—Office of the U.S. Attorney, Spokane, WA, for Plaintiff–Appellee.

Dan B. Johnson, Esq., Spokane, WA, for Defendant–Appellant.

Before: LEAVY, RYMER and T.G. NELSON, Circuit Judges.

MEMORANDUM **

William J. Lawrence appeals from his guilty-plea conviction and 168–month sentence for credit union robbery, in violation of 18 U.S.C. § 2113(a).

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Lawrence's counsel has filed a brief stating there are no grounds for relief,

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

along with a motion to withdraw as counsel of record. Lawrence has not filed a pro se supplemental brief. The government has filed a motion for summary affirmance

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** the government's motion for summary affirmance is **DENIED** as moot, and the district court's judgment is **AFFIRMED.**

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.